# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 687 |
| | : | |
| APPOINTMENT TO JUDICIAL | : | SUPREME COURT RULES DOCKET |
| | : | |
| CONDUCT BOARD | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2016, Lisa Steindel,* Allegheny County, is hereby appointed as a member of the Judicial Conduct Board for a term expiring September 24, 2016.

    Mr. Justice Eakin did not participate in the decision of this matter.

*Non-lawyer elector